UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROLAND BENT, | Civil Action No.: 14-5054 (SDW) |
| Petitioner, | |
| v. | MEMORANDUM AND ORDER |
| ERIC HOLDER, JR., et al., | |
| Respondents. | |

This matter having come before the Court on Petitioner's submission of a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and it appearing that:

1. Petitioner, Roland Bent, is an immigration detainee confined at the Essex County Correctional Facility in Newark, New Jersey, at the time he filed this habeas petition pursuant to 28 U.S.C. § 2241. Petitioner is challenging his continued detention as unconstitutional under *Zadvydas v. Davis*, 533 U.S. 678 (2001). He filed this habeas petition on August 8, 2014.

2. Petitioner neither prepaid the $5.00 filing fee for a habeas petition as required by Local Civil Rule 54.3(a), nor submitted a complete application to proceed *in forma pauperis* ("IFP") that contains a certification by an authorized official at his place of confinement certifying Petitioner's institutional account for the preceding six months, as required under L.Civ.R. 81.2(b).

IT IS THEREFORE on this 30th day of September, 2014,

ORDERED that the Clerk of the Court shall administratively terminate this case for Petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

1

ORDERED that the Clerk of the Court shall supply to Petitioner a blank form Application to Proceed *In Forma Pauperis* in a Habeas Corpus Case (DNJ-PRO-SE-007-B.pdf), for use by a prisoner; and it is further

ORDERED that, if Petitioner wishes to reopen this action, he shall so notify the Court within 30 days of the date of entry of this Order, in writing addressed to the Clerk of the Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, New Jersey 07101; Petitioner's writing shall include either: (1) a complete *in forma pauperis* application, including a certification of Petitioner's institutional account, as required by Local Civil Rule 81.2(b); or (2) the $5 filing fee; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail, and close this case accordingly.

      *s/ Susan D. Wigenton*
      SUSAN D. WIGENTON
      United States District Judge